AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.    2:11-mj-770-VCF |
| Shari Jackson, | ) | |
| | ) | Charging District:   District of Wyoming at Casper |
| *Defendant* | ) | Charging District's Case No.   11CR175-J |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Kerr Federal Courthouse<br>111 So. Wolcott, Casper, Wyoming 82601<br>Honorable U.S. Magistrate Judge Shickich | Courtroom No.:  1 |
|---|---|---|
| | | Date and Time:   Wednesday, 12/14/11, at 3:45 p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   Dec 5, 2011

*Judge's signature*

CAM FERENBACH, U.S. MAGISTRATE JUDGE
*Printed name and title*